In the Matter of the Petition of OTTO BRAND, Respondent, for Probate of the Will of SOPHIA MORISON, Deceased.
HARRY G. MORISON et al., Appellants; METHODIST EPISCOPAL HOSPITAL, Respondent.

*Matter of Brand,* 185 App. Div. 134, affirmed.
(Argued November 18, 1919; decided December 2, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 12, 1918, which reversed a decree of the Sullivan County Surrogate's Court denying probate to an instrument propounded as the will of Sophia Morison, deceased, and directed that the will be admitted to probate. The case was sent to the Supreme Court for trial before a jury. The issues framed and submitted follow: 1. Is or is not the instrument propounded herein the last will and testament of Sophia Morison, deceased? 2. Was or was not such instrument duly executed as required by law? 3. Was or was not said Sophia Morison at the time of making such instrument of sound mind and memory and capable of making a will? 4. Was or was not the execution of said instrument by said Sophia Morison

obtained by undue influence? The jury answered the first question, " No; " the second and third, " No," and the fourth, " Yes." The Appellate Division held that the verdict was inconsistent, against the evidence and the weight of the evidence and contrary to law.

*Joseph Rosch, John D. Lyons* and *Nellie Childs Smith* for appellants.

*Henry A. Ingraham* and *George L. Cooke* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.